RECEIVED
FEB 1 1 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:25-cr-015 |
| v. | INDICTMENT |
| DANIEL EDGAR STOTLER, | T. 18 U.S.C. § 2251(a) |
| | T. 18 U.S.C. § 2251(e) |
| Defendant. | T. 18 U.S.C. § 2252A(a)(5)(B) |
| | T. 18 U.S.C. § 2252A(b)(2) |
| | T. 18 U.S.C. § 2253 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sexual Exploitation and Attempted Sexual Exploitation of a Child)**

From a date unknown but by at least October 12, 2023, and continuing to on or about October 4, 2024, in the Southern District of Iowa, the defendant, DANIEL EDGAR STOTLER, attempted to and did employ, use, persuade, induce, entice, and coerce a minor, Minor Victim #1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone.

This is a violation of Title 18, United States Code, Section 2251(a) and 2251(e).

**THE GRAND JURY CHARGES:**

## COUNT 2
### (Possession of Child Pornography)

On or about October 4, 2024, in the Southern District of Iowa and elsewhere, the defendant, DANIEL EDGAR STOTLER, knowingly possessed material—namely: a grey Samsung Galaxy cellular phone—that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), such images having been produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer and/or cellular phone.

This is a violation of Title 18, United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

**THE GRAND JURY FINDS:**

**NOTICE OF FORFEITURE**

Upon conviction for the offenses alleged in Counts 1 and 2 of this Indictment, the defendant, DANIEL EDGAR STOTLER, shall forfeit to the United States the defendant's interest in the following property:

a. Any and all visual depictions of minors engaging in sexually explicit conduct, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110.

b. Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to a grey Samsung Galaxy cellular phone.

This is pursuant to Title 18, United States Code, Section 2253.

**A TRUE BILL.**

FOREPERSON

Richard D. Westphal
United States Attorney

By: _____ on behalf of
Melisa K. Zaehringer
Assistant United States Attorney